IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) NO. 3:24-00195 |
| v. | ) |
| | ) 18 U.S.C. § 922(g)(1) |
| | ) 18 U.S.C. § 924 |
| PRINCE MYLES | ) |

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
NOV 06 2024
DEPUTY CLERK

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

On or about January 10, 2024, in the Middle District of Tennessee, the defendant, **PRINCE MYLES**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: a Taurus, model G3C, 9 mm Luger pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

Before the defendant committed the offense charged in this indictment, the defendant had at least three previous convictions for offenses committed on occasions different from one another.

A TRUE BILL

_____
FOREPERSON

THOMAS J. JAWORSKI
ACTING UNITED STATES ATTORNEY

NICHOLAS J. GOLDIN
ASSISTANT UNITED STATES ATTORNEY